| **Fill in this information to identify your case:** |
|---|

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| 1. | Debtor's name | **National Radiology Consultants, P.A.** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
|---|---|---|

| 3. | Debtor's federal Employer Identification Number (EIN) | **47-0931931** |
|---|---|---|

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **2540 Green Forest Lane<br>Suite 101<br>Lutz, FL 33558**<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Hillsborough**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: |
|---|---|---|

Debtor   **National Radiology Consultants, P.A.**                                     Case number (*if known*) _____

     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **6215**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ |  | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor  **National Radiology Consultants, P.A.**
_____
Name

Case number (*if known*) _____

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### ▉ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **National Radiology Consultants, P.A.** | Case number (*if known*) |
| | Name | |

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 15, 2019**
                MM / DD / YYYY

**X** **/s/ Jame Okoh, M.D.**                           **Jame Okoh, M.D.**
Signature of authorized representative of debtor         Printed name

Title    **President / CEO**

---

**18. Signature of attorney**

**X** **/s/ Daniel E. Etlinger**                    Date    **February 15, 2019**
Signature of attorney for debtor                          MM / DD / YYYY

**Daniel E. Etlinger**
Printed name

**David Jennis, P.A. d/b/a**
Firm name

**Jennis Law**
**606 E. Madison Street**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone    **813-229-2800**    Email address    **ecf@jennislaw.com**

**77420 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **National Radiology Consultants, P.A.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 15, 2019**        X **/s/ Jame Okoh, M.D.**
                                            Signature of individual signing on behalf of debtor

                                            **Jame Okoh, M.D.**
                                            Printed name

                                            **President / CEO**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **National Radiology Consultants, P.A.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐  Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Adel Abdalla, M.D.** **1803 Park Center Drive** **Apt. 101** **Orlando, FL 32835** | | **Wages** | | | | $31,250.00 |
| **Alex Bibbey, M.D.** **1815 University Drive** **Durham, NC 27707** | | **Wages** | **Disputed** | | | $100,000.00 |
| **American Express Company** **c/o CT Corporation System, R** **1200 South Pine Island Road** **Fort Lauderdale, FL 33324** | | **Credit Card Purchases** | | | | $51,674.67 |
| **CBIZ, Inc.** **25450 Network Place** **Chicago, IL 60673-1254** | | **Trade Debt** | | | | $22,719.72 |
| **Change Heathcare** **3055 Lebanon Pike** **Nashville, TN 37214** | | **Trade Debt** | | | | $18,091.09 |
| **Fan Yun Gan, M.D.** **9321 Briarcliff Trace** **Port Saint Lucie, FL 34986** | | **Wages** | | | | $46,153.86 |
| **Florida Retirement Consultan** **5503 West Waters Avenue** **Suite 500** **Tampa, FL 33634** | | **401k 2016-2018** | | | | $46,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **National Radiology Consultants, P.A.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hugo Montes, M.D.** **18410 Tapestry Lake Circle** **Apt. 101** **Lutz, FL 33548** | | **Wages** | | | | $15,384.62 |
| **James Okoh, M.D.** **9203 Pine Island Court** **Tampa, FL 33647** | | **Wages** | | | | $625,000.00 |
| **LocumTenens.com** **2655 Northwinds Parkway** **Alpharetta, GA 30009** | | **Trade Debt** | **Disputed** | | | $375,915.64 |
| **Medicus** **22 Roulston Road** **Windham, NH 03087** | | **Trade Debt** | | | | $486,375.21 |
| **Michael Herron** **1132 SE Kings Bay Drive** **Crystal River, FL 34429** | | **Wages** | | | | $15,384.62 |
| **Nuance Communications, Inc.** **3984 Pepsi Cola Drive** **Melbourne, FL 32934** | | **Trade Debt** | | | | $290,518.76 |
| **Radar Heathcare Providers** **1741 Hog Mountain Road** **Building 200** **Watkinsville, GA 30677** | | **Trade Debt** | | | | $137,325.84 |
| **Satish Venkataperumal, M.D.** **15701 Newcastle Court** **Tampa, FL 33647** | | **Wages** | **Disputed** | | | $121,153.83 |
| **Staff Care, Inc.** **8840 Cypress Waters Blvd.** **Suite 300** **Coppell, TX 75019** | | **Trade Debt** | | | | $72,072.21 |
| **Technology Partners, Inc.** **8757 Red Oak Bouelvard** **Charlotte, NC 28217** | | **Trade Debt** | | | | $41,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor **National Radiology Consultants, P.A.**                     Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **vRad**<br>**11995 Singletree Lane**<br>**Suite 500**<br>**Eden Prairie, MN 55344** | | **Services Provided** | | | | **$847,916.62** |
| **Wells Fargo Bank, N.A.**<br>**420 Montgomery Street**<br>**San Francisco, CA 94163** | | **Credit Card Purchases** | | | | **$27,609.05** |
| **Zayo Group, LLC**<br>**1805 29th Street**<br>**Suite 2050**<br>**Boulder, CO 80301** | | **Services Provided** | | | | **$44,064.93** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **National Radiology Consultants, P.A.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $    **18,709,234.89**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... $    **18,709,234.89**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **1,288,884.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $    **979,211.51**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$    **2,657,473.37**

4. **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b | $    **4,925,568.88** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **National Radiology Consultants, P.A.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank, N.A.** | **Checking** | **2004** | $1,013.59 |
| 3.2. | **Wells Fargo Bank, N.A.** | **Checking** | **7687** | $47,217.45 |
| 3.3. | **JPMorgan Chase Bank, N.A.** | **Checking** | **2092** | $484.55 |
| 3.4. | **JPMorgan Chase Bank, N.A.** | **Checking** | **8328** | $511.88 |
| 3.5. | **JPMorgan Chase Bank, N.A.** | **Checking** | **2959** | $4,379.55 |
| 3.6. | **JPMorgan Chase Bank, N.A.** | **Checking** | **2926** | $180.81 |
| 3.7. | **JPMorgan Chase Bank, N.A.** | **Checking** | **3683** | $727.07 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **National Radiology Consultants, P.A.**          Case number *(If known)* _____
Name

| 3.8. | JPMorgan Chase Bank, N.A. | Checking | 6991 | $121.99 |
| --- | --- | --- | --- | --- |

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**                                                           | $54,636.89 |
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.        **Accounts receivable**

11a. 90 days old or less:          6,544,928.00        -        2,772,464.00        = ....        $3,772,464.00
                                                    face amount                          doubtful or uncollectible accounts


11b. Over 90 days old:          29,744,268.00        -        14,872,134.00        =....        $14,872,134.00
                                                   face amount                          doubtful or uncollectible accounts

12.        **Total of Part 3.**                                                          | $18,644,598.00 |
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:        Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:        Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:        Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:        Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **National Radiology Consultants, P.A.**

Case number *(If known)* _____

Name

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **19 Desks, 10 rad workstations, 18 desktop computers, 6 laptop computers, 3 servers, 26 chairs, 17 scanners, 1 HP printer/fax/copier, 16 desktop printers, 17 telephones** | **$10,000.00** | Liquidation | **$10,000.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.** | | | **$10,000.00**

Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3

Debtor    **National Radiology Consultants, P.A.**                          Case number *(If known)* _____
          <sub>Name</sub>

|  |  | Current value of debtor's interest |
|---|---|---|

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

     **Potential cause of action against former billing manager**                    **Unknown**

     **Nature of claim**    _____
     **Amount requested**         **$0.00**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**                                                         **$0.00**

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Debtor    **National Radiology Consultants, P.A.**                Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $54,636.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $18,644,598.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $18,709,234.89 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $18,709,234.89 |

**Fill in this information to identify the case:**

Debtor name    **National Radiology Consultants, P.A.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **JPMorgan Chase**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Blanket lien** | $995,468.34 | $14,872,134.00 |
| **270 Park Avenue**<br>**New York, NY 10017**<br>Creditor's mailing address | Describe the lien<br>**UCC-1** | | |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number**<br>**5001** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2**   **JPMorgan Chase Bank, N.A.**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Blanket lien** | $293,415.66 | $3,772,464.00 |
| **270 Park Avenue**<br>**New York, NY 10017**<br>Creditor's mailing address | Describe the lien<br>**UCC-1** | | |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number**<br>**5002** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| **Do multiple creditors have an interest in the same property?** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **National Radiology Consultants, P.A.**    Case number (if know) _____

Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $1,288,884.0 0 |

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **JPMorgan Chase Bank, N.A.**<br>**Collateral Mgmt Small Bus.**<br>**PO Box 33035**<br>**Louisville, KY 40232-9891** | Line  2.2 | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **National Radiology Consultants, P.A.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,615.38** | **$9,615.38** |
| | **Adam Green M.D.** | *Check all that apply.* | | |
| | **450 Knights Run Avenue #502** | ☐ Contingent | | |
| | **Orlando, FL 32835** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$31,250.00** | **$12,850.00** |
| | **Adel Abdalla, M.D.** | *Check all that apply.* | | |
| | **1803 Park Center Drive** | ☐ Contingent | | |
| | **Apt. 101** | ☐ Unliquidated | | |
| | **Orlando, FL 32835** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                 53632                 Best Case Bankruptcy

| Debtor | **National Radiology Consultants, P.A.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,000.00 | $12,850.00 |
|---|---|---|---|---|

**Alex Bibbey, M.D.**
**1815 University Drive**
**Durham, NC 27707**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46,153.86 | $12,850.00 |
|---|---|---|---|---|

**Fan Yun Gan, M.D.**
**9321 Briarcliff Trace**
**Port Saint Lucie, FL 34986**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,269.20 | $12,850.00 |
|---|---|---|---|---|

**Harvey Esrov, M.D.**
**5921 Drexel Court**
**Naples, FL 34119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,384.62 | $12,850.00 |
|---|---|---|---|---|

**Hugo Montes, M.D.**
**18410 Tapestry Lake Circle**
**Apt. 101**
**Lutz, FL 33548**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **National Radiology Consultants, P.A.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Oper.**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Tax Liability for 2018**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$625,000.00** | **$12,850.00** |
|---|---|---|---|---|

**James Okoh, M.D.**
**9203 Pine Island Court**
**Tampa, FL 33647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$15,384.62** | **$12,850.00** |
|---|---|---|---|---|

**Michael Herron**
**1132 SE Kings Bay Drive**
**Crystal River, FL 34429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$121,153.83** | **$12,850.00** |
|---|---|---|---|---|

**Satish Venkataperumal, M.D.**
**15701 Newcastle Court**
**Tampa, FL 33647**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **National Radiology Consultants, P.A.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,233.94 |
|---|---|---|
| **3M Health Information System** | ☐ Contingent | |
| **3M Corporate Headquarters** | ☐ Unliquidated | |
| **3M Center** | ☐ Disputed | |
| **Saint Paul, MN 55144-1000** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| Last 4 digits of account number __4967__ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,955.23 |
|---|---|---|
| **All Covered** | ☐ Contingent | |
| **Dept. 33163** | ☐ Unliquidated | |
| **PO Box 39000** | ☐ Disputed | |
| **San Francisco, CA 94139-3163** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Services Provided__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,674.67 |
|---|---|---|
| **American Express Company** | ☐ Contingent | |
| **c/o CT Corporation System, R** | ☐ Unliquidated | |
| **1200 South Pine Island Road** | ☐ Disputed | |
| **Fort Lauderdale, FL 33324** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Credit Card Purchases__ | |
| Last 4 digits of account number __1003__ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.45 |
|---|---|---|
| **Aqua Chill** | ☐ Contingent | |
| **1320 S. Priest Drive** | ☐ Unliquidated | |
| **Suite 106** | ☐ Disputed | |
| **Tempe, AZ 85281** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.00 |
|---|---|---|
| **Bayshore Solutions** | ☐ Contingent | |
| **600 N. Westshore Boulevard** | ☐ Unliquidated | |
| **Suite 700** | ☐ Disputed | |
| **Tampa, FL 33609** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,550.35 |
|---|---|---|
| **Blue Cross Blue Shield of** | ☐ Contingent | |
| **Florida, Inc.** | ☐ Unliquidated | |
| **4800 Deerwood Campus Parkway** | ☐ Disputed | |
| **Jacksonville, FL 32246** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Insurance__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,519.90 |
|---|---|---|
| **BMW Card Services** | ☐ Contingent | |
| **PO Box 660545** | ☐ Unliquidated | |
| **Dallas, TX 75266-0545** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Credit Card Purchases__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **National Radiology Consultants, P.A.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,719.72**

**CBIZ, Inc.**
**25450 Network Place**
**Chicago, IL 60673-1254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **4862**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**CenturyLink**
**100 Centurylink Drive**
**Monroe, LA 71203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **9542**

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,091.09**

**Change Heathcare**
**3055 Lebanon Pike**
**Nashville, TN 37214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$579.76**

**Cintas**
**PO Box 630910**
**Cincinnati, OH 45263-0910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,125.73**

**Citi Business Card**
**701 East 60th Street North**
**Sioux Falls, SD 57104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **3634**

Basis for the claim:  **Credit Card Purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,076.71**

**Cliftonlarsonallen Wealth**
**Advisors, LLC**
**220 S. 6th Street**
**Suite 300**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$302.99**

**Corporation Service Company**
**PO Box 13397**
**Philadelphia, PA 19101-3397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **National Radiology Consultants, P.A.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,953.41 |
|---|---|---|---|

**Data Media Associates, LLC**
**1295 Old Alpharetta Road**
**Alpharetta, GA 30005**

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $261.56 |
|---|---|---|---|

**Duke Energy Headquarters**
**526 S. Church Street**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $216.49 |
|---|---|---|---|

**Duke Energy Headquarters**
**526 S. Church Street**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $70.46 |
|---|---|---|---|

**EEI Security, Inc.**
**14529 N. Florida Avenue**
**Tampa, FL 33613**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Emergence**
**205 Park Central East**
**Suite 516**
**Springfield, MO 65806**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $46,000.00 |
|---|---|---|---|

**Florida Retirement Consultan**
**5503 West Waters Avenue**
**Suite 500**
**Tampa, FL 33634**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **401k 2016-2018**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $992.40 |
|---|---|---|---|

**Frontier**
**PO Box 740407**
**Cincinnati, OH 45274-0407**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Radiology Consultants, P.A.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Greenlee Law, PLLC**
**1304 S. DeSoto Avenue**
**Suite 203**
**Tampa, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,380.00** |
|---|---|---|---|

**Hartford Life Insurance**
**PO Box 660916**
**Dallas, TX 75266-0916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$370.00** |
|---|---|---|---|

**Hillsborough County Medical**
**Association**
**606 S. Boulevard**
**Tampa, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,472.77** |
|---|---|---|---|

**HSW & Associates, Inc.**
**3750 Gunn Highway**
**Suite 308**
**Tampa, FL 33618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,450.10** |
|---|---|---|---|

**JPMorgan Chase**
**270 Park Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card Purchases**

Last 4 digits of account number  **6272**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,665.00** |
|---|---|---|---|

**Lincoln National Life Ins.**
**Group**
**PO Box 7247-0477**
**Philadelphia, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$375,915.64** |
|---|---|---|---|

**LocumTenens.com**
**2655 Northwinds Parkway**
**Alpharetta, GA 30009**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Radiology Consultants, P.A.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$486,375.21** |
| | **Medicus** | ☐ Contingent | |
| | **22 Roulston Road** | ☐ Unliquidated | |
| | **Windham, NH 03087** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$783.16** |
| | **NICA** | ☐ Contingent | |
| | **FL Neurological Compensation** | ☐ Unliquidated | |
| | **PO Box 14567** | ☐ Disputed | |
| | **Tallahassee, FL 32317-4567** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$290,518.76** |
| | **Nuance Communications, Inc.** | ☐ Contingent | |
| | **3984 Pepsi Cola Drive** | ☐ Unliquidated | |
| | **Melbourne, FL 32934** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
| | **Pasco County Tax Collector** | ☐ Contingent | |
| | **4135 Land O'Lakes Boulevard** | ☐ Unliquidated | |
| | **Land O Lakes, FL 34639** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Taxes__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,910.98** |
| | **Prinicpal Disability Health** | ☐ Contingent | |
| | **711 High Street** | ☐ Unliquidated | |
| | **Des Moines, IA 50392-1520** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Insurance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$137,325.84** |
| | **Radar Heathcare Providers** | ☐ Contingent | |
| | **1741 Hog Mountain Road** | ☐ Unliquidated | |
| | **Building 200** | ☐ Disputed | |
| | **Watkinsville, GA 30677** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
| | **Radiation Services** | ☐ Contingent | |
| | **9320 McIntosh Road** | ☐ Unliquidated | |
| | **Dover, FL 33527-3744** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **National Radiology Consultants, P.A.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,055.98** |
|---|---|---|---|
| | **RamSoft** | ☐ Contingent | |
| | **10808 Foothill Blvd. 160-427** | ☐ Unliquidated | |
| | **Rancho Cucamonga, CA 91730** | ☐ Disputed | |
| | **Date(s) debt was incurred** | **Basis for the claim:** **Trade Debt** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00** |
|---|---|---|---|
| | **Salesforce.com, Inc.** | ☐ Contingent | |
| | **The Landmark @ 1 Market St.** | ☐ Unliquidated | |
| | **Suite 300** | ☐ Disputed | |
| | **San Francisco, CA 94105** | | |
| | **Date(s) debt was incurred** | **Basis for the claim:** **Trade Debt** | |
| | **Last 4 digits of account number  4966** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$433.26** |
|---|---|---|---|
| | **Shred-it** | ☐ Contingent | |
| | **28883 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1288** | ☐ Disputed | |
| | **Date(s) debt was incurred** | **Basis for the claim:** **Trade Debt** | |
| | **Last 4 digits of account number  6331** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,534.00** |
|---|---|---|---|
| | **Shumaker Loop & Kendrick,LLP** | ☐ Contingent | |
| | **101 E. Kennedy Boulevard** | ☐ Unliquidated | |
| | **Suite 2800** | ☐ Disputed | |
| | **Tampa, FL 33602** | | |
| | **Date(s) debt was incurred** | **Basis for the claim:** **Professional Services** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,505.47** |
|---|---|---|---|
| | **Shutts & Bowen, LLP** | ☐ Contingent | |
| | **200 South Biscayne Blvd.** | ☐ Unliquidated | |
| | **Suite 4100** | ☐ Disputed | |
| | **Miami, FL 33131** | | |
| | **Date(s) debt was incurred** | **Basis for the claim:** **Professional Services** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$405.63** |
|---|---|---|---|
| | **Spectrum Business** | ☐ Contingent | |
| | **PO Box 31710** | ☐ Unliquidated | |
| | **Tampa, FL 33631** | ☐ Disputed | |
| | **Date(s) debt was incurred** | **Basis for the claim:** **Services Provided - OHH** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$254.28** |
|---|---|---|---|
| | **Spectrum Business** | ☐ Contingent | |
| | **PO Box 31710** | ☐ Unliquidated | |
| | **Tampa, FL 33631** | ☐ Disputed | |
| | **Date(s) debt was incurred** | **Basis for the claim:** **Services Provided - Main** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **National Radiology Consultants, P.A.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,072.21** |
|---|---|---|---|
| | **Staff Care, Inc.**<br>**8840 Cypress Waters Blvd.**<br>**Suite 300**<br>**Coppell, TX 75019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,265.20** |
|---|---|---|---|
| | **Sulloway & Hollis, PLLC**<br>**9 Capitol Street**<br>**Concord, NH 03301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Professional Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,000.00** |
|---|---|---|---|
| | **Technology Partners, Inc.**<br>**8757 Red Oak Bouelvard**<br>**Charlotte, NC 28217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$321.00** |
|---|---|---|---|
| | **Vanguard Cleaning Systems**<br>**12108 North 56th Street**<br>**Suite 8**<br>**Tampa, FL 33617** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Services Provided__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$847,916.62** |
|---|---|---|---|
| | **vRad**<br>**11995 Singletree Lane**<br>**Suite 500**<br>**Eden Prairie, MN 55344** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Services Provided__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,745.29** |
|---|---|---|---|
| | **Wells Fargo Bank, N.A.**<br>**420 Montgomery Street**<br>**San Francisco, CA 94163** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Credit Card Purchases__ | |
| | Last 4 digits of account number __5752__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,431.14** |
|---|---|---|---|
| | **Wells Fargo Bank, N.A.**<br>**420 Montgomery Street**<br>**San Francisco, CA 94163** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Credit Card Purchases__ | |
| | Last 4 digits of account number __6498__ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **National Radiology Consultants, P.A.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,940.99 |
|---|---|---|---|

**Wells Fargo Bank, N.A.**
**420 Montgomery Street**
**San Francisco, CA 94163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Credit Card Purchases**

Last 4 digits of account number  **7258**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,609.05 |
|---|---|---|---|

**Wells Fargo Bank, N.A.**
**420 Montgomery Street**
**San Francisco, CA 94163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Credit Card Purchases**

Last 4 digits of account number  **4620**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,064.93 |
|---|---|---|---|

**Zayo Group, LLC**
**1805 29th Street**
**Suite 2050**
**Boulder, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number  **3443**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **3M Health Information System**<br>**Dept. 0881**<br>**PO Box 120881**<br>**Dallas, TX 75312-0881** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265** | Line  **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Aqua Chill**<br>**PO Box 24741**<br>**Tempe, AZ 85285-3848** | Line  **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **CenturyLink**<br>**PO Box 52124**<br>**Phoenix, AZ 85072** | Line  **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **CenturyLink Business Service**<br>**PO Box 52187**<br>**Phoenix, AZ 85072-2187** | Line  **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Change Healthcare**<br>**PO Box 572490**<br>**Salt Lake City, UT 84157-2490** | Line  **3.10**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **National Radiology Consultants, P.A.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Chase Ink**<br>**PO Box 1423**<br>**Charlotte, NC 28201** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Citi Business Card**<br>**PO Box 9001037**<br>**Louisville, KY 40290** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Darryl R. Richards**<br>**Johnson Pope Bokor Ruppel &**<br>**Burns, LLP**<br>**401 East Jackson St. #3100**<br>**Tampa, FL 33602** | Line **2.10**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Data Media Associates**<br>**PO Box 2305**<br>**Alpharetta, GA 30023** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **EEI Security, Inc.**<br>**PO Box 17849**<br>**Tampa, FL 33682** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Florida Blue**<br>**1501 North Plano Road**<br>**Suite 100**<br>**Richardson, TX 75081-2430** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Gilbert M. Singer, Esquire**<br>**5104 South Westshort Blvd.**<br>**Tampa, FL 33611** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **NC Dept. of Labor**<br>**1101 Mail Service Ctr.**<br>**Raleigh, NC 27699** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Nuance Communications,Inc.**<br>**PO Box 2561**<br>**Carol Stream, IL 60132-2561** | Line **3.31**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Radar Heathcare Providers**<br>**PO Box 1708**<br>**Watkinsville, GA 30677** | Line **3.34**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Salesforce.com, Inc.**<br>**PO Box 203141**<br>**Dallas, TX 75320-3141** | Line **3.37**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Staff Care**<br>**PO Box 281923**<br>**Atlanta, GA 30384-1923** | Line **3.43**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **National Radiology Consultants, P.A.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.19 | **United States Attorney**<br>**Attn: Civil Process Clerk**<br>**400 N. Tampa Street**<br>**Suite 3200**<br>**Tampa, FL 33602** | Line **2.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **United States Attorney**<br>**Department of Justice**<br>**950 Penslyvania Avenue NE**<br>**Washington, DC 20530-0001** | Line **2.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Wells Fargo Bank, N.A.**<br>**PO Box 77053**<br>**Minneapolis, MN 55480** | Line **3.48**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Wells Fargo Bank, N.A.**<br>**PO Box 77053**<br>**Minneapolis, MN 55480** | Line **3.49**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Wells Fargo Bank, N.A.**<br>**PO Box 77053**<br>**Minneapolis, MN 55480** | Line **3.50**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Wells Fargo Bank, N.A.**<br>**PO Box 77053**<br>**Minneapolis, MN 55480** | Line **3.51**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Zayo**<br>**PO Box 952136**<br>**Dallas, TX 75395** | Line **3.52**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 979,211.51 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,657,473.37 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 3,636,684.88 |

Fill in this information to identify the case:

Debtor name   **National Radiology Consultants, P.A.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Radiology services agreement** | |
| State the term remaining | **14 months** | **HCA Health Svs. FL, Inc. d/b/a Oak Hill Hospital One Park Plaza Nashville, TN 37203** |
| List the contract number of any government contract | _____ | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Commercial property lease agreement** | |
| State the term remaining | **monthly** | **HSW & Associates, Inc. 3750 Gunn Highway Suite 308 Tampa, FL 33618** |
| List the contract number of any government contract | _____ | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Radiology services agreement** | |
| State the term remaining | **2 Months** | **Promise Hospital of Dade,Inc Promise Hospital of Miami 14001 NW 82nd Avenue Maimi Lakes, FL 33016** |
| List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **National Radiology Consultants, P.A.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

     **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

     **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **James Okoh, M.D.** | **9203 Pine Island Court Tampa, FL 33647** | **HSW & Associates, Inc.** | ☐ D _____<br>☑ E/F   3.25<br>☐ G _____ |
| 2.2 | **James Okoh, M.D.** | **9203 Pine Island Court Tampa, FL 33647** | **Wells Fargo Bank, N.A.** | ☐ D _____<br>☑ E/F   3.50<br>☐ G _____ |
| 2.3 | **James Okoh, M.D.** | **9203 Pine Island Court Tampa, FL 33647** | **Wells Fargo Bank, N.A.** | ☐ D _____<br>☑ E/F   3.49<br>☐ G _____ |
| 2.4 | **James Okoh, M.D.** | **9203 Pine Island Court Tampa, FL 33647** | **Wells Fargo Bank, N.A.** | ☐ D _____<br>☑ E/F   3.48<br>☐ G _____ |
| 2.5 | **James Okoh, M.D.** | **9203 Pine Island Court Tampa, FL 33647** | **Wells Fargo Bank, N.A.** | ☐ D _____<br>☑ E/F   3.51<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **National Radiology Consultants, P.A.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
   amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$450,586.90** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$4,257,274.81** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$6,054,428.00** |

2. **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor   **National Radiology Consultants, P.A.**

Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Emergence**<br>**205 Park Central East**<br>**Suite 516**<br>**Springfield, MO 65806** | **11/9/18,**<br>**12/6/18,**<br>**1/1/19, 2/5/19** | **$48,742.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.2. **Dexios Corporation** | **11/20/18,**<br>**12/6/18,**<br>**1/7/19, 2/5/19** | **$50,205.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.3. **CBIZ, Inc.**<br>**25450 Network Place**<br>**Chicago, IL 60673-1254** | **12/6/18,**<br>**1/31/19** | **$6,525.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.4. **Technology Partners, Inc.**<br>**8757 Red Oak Boulevard**<br>**Charlotte, NC 28217** | **11/29/18,**<br>**1/15/19** | **$50,500.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.5. **HSW & Associates, Inc.**<br>**3750 Gunn Highway**<br>**Suite 308**<br>**Tampa, FL 33618** | **12/6/18,**<br>**1/1/19, 2/1/19** | **$14,697.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.6. **United Healthcare** | **12/21/18** | **$11,689.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.7. **Tampa Bay Business Consultants** | **1/11/19** | **$5,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | National Radiology Consultants, P.A. | | Case number *(if known)* | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**   Legal Actions or Assignments

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | JJP Recruting,LLC d/b/a Radar Healthcare Providers, Inc. v. National Radiology Consultants, P.A. 18-CA-005522 | Collection | Hillsborough Circuit Court 800 E. Twiggs Street Tampa, FL 33602 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Locumtenens.com, LLC v. National Radiology Consultants, P.A. 51 2018 CA 002212 | Collection | Pasco Circuit Court 38053 Live Oak Avenue Dade City, FL 33523 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Virtual Radiology Professionals of Illinois, S.C., Inc. v. National Radiology Consultants, P.A. 18-CA-1160 | Collection | Hillsborough Circuit Court 800 E. Twiggs Street Tampa, FL 33602 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | Alex D. Bibbey v. National Radiology Consultants, P.A., National Radiology Consultants of North Carolina, LLC and James Okoh 1:18-cv-00723-WO-LPA | Labor: Fair Standards | United States District Court North Carolilna Middle District 324 W. Market Street Greensboro, NC 27401-2544 | ■ Pending ☐ On appeal ☐ Concluded |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **National Radiology Consultants, P.A.** _____  Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Satish Venkataperumal, M.D.<br>v. James I. Okoh, M.D. and<br>National Radiology<br>Consultants, P.A.<br>19-CA-1276 / Division B** | **Collection** | **Hillsborough Circuit Court<br>800 E. Twiggs Street<br>Tampa, FL 33602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **David Jennis, P.A. d/b/a<br>Jennis Law<br>606 E. Madison Street<br>Tampa, FL 33602** | **Attorney fees** | **1/31/19** | **$36,717.00** |
| | Email or website address<br>**ecf@jennislaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor     **National Radiology Consultants, P.A.**                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **David Jennis, P.A. d/b/a Jennis Law 606 E. Madison Street Tampa, FL 33602** | **Attorney Fees** | **8/17/18** | **$3,000.00** |
| | Email or website address **ecf@jennislaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor    **National Radiology Consultants, P.A.**                              Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☑ No Go to Part 10.
    ☐ Yes. Fill in below:
    ☑ No to Part 10.
    ☐ Yes. Fill in below:

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **National Radiology Consultants, P.A.** | | Case number *(if known)* | |

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
□ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
□ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.   **CBIZ, Inc.**<br>**25450 Network Place**<br>**Chicago, IL 60673-1254** | **2015 to present** |
| 26a.2.   **Deanna Okoh**<br>**2540 Green Forest Lane #101**<br>**Lutz, FL 33558** | **2015 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

□ None

Debtor    **National Radiology Consultants, P.A.** _____    Case number (if known) _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **CBIZ, Inc.** **25450 Network Place** **Chicago, IL 60673-1254** | **2015 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **CBIZ, Inc.** **25450 Network Place** **Chicago, IL 60673-1254** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James Okoh, M.D.** | **9203 Pine Island Court** **Tampa, FL 33647** | **CEO / President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **National Radiology Consultants, P.A.**                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 15, 2019**

**/s/ Jame Okoh, M.D.**                                    **Jame Okoh, M.D.**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President / CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re    **National Radiology Consultants, P.A.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James Okoh, M.D.**<br>**9203 Pine Island Court**<br>**Tampa, FL 33647** | | **100%** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President / CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 15, 2019**

Signature    /s/ Jame Okoh, M.D.

**Jame Okoh, M.D.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   __National Radiology Consultants, P.A.__                                        Case No.  _____

                                                Debtor(s)                    Chapter  __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President / CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __February 15, 2019__                     **/s/ Jame Okoh, M.D.**

                                                    **Jame Okoh, M.D./President / CEO**
                                                    Signer/Title

National Radiology Consultants, P.A.
2540 Green Forest Lane
Suite 101
Lutz, FL 33558

American Express Company
c/o CT Corporation System, R
1200 South Pine Island Road
Fort Lauderdale, FL 33324

CenturyLink Business Service
PO Box 52187
Phoenix, AZ 85072-2187

Daniel E. Etlinger
David Jennis, P.A. d/b/a
Jennis Law
606 E. Madison Street
Tampa, FL 33602

Aqua Chill
1320 S. Priest Drive
Suite 106
Tempe, AZ 85281

Change Healthcare
PO Box 572490
Salt Lake City, UT 84157-2490

3M Health Information System
3M Corporate Headquarters
3M Center
Saint Paul, MN 55144-1000

Aqua Chill
PO Box 24741
Tempe, AZ 85285-3848

Change Heathcare
3055 Lebanon Pike
Nashville, TN 37214

3M Health Information System
Dept. 0881
PO Box 120881
Dallas, TX 75312-0881

Bayshore Solutions
600 N. Westshore Boulevard
Suite 700
Tampa, FL 33609

Chase Ink
PO Box 1423
Charlotte, NC 28201

Adam Green M.D.
450 Knights Run Avenue #502
Orlando, FL 32835

Blue Cross Blue Shield of
Florida, Inc.
4800 Deerwood Campus Parkway
Jacksonville, FL 32246

Cintas
PO Box 630910
Cincinnati, OH 45263-0910

Adel Abdalla, M.D.
1803 Park Center Drive
Apt. 101
Orlando, FL 32835

BMW Card Services
PO Box 660545
Dallas, TX 75266-0545

Citi Business Card
701 East 60th Street North
Sioux Falls, SD 57104

Alex Bibbey, M.D.
1815 University Drive
Durham, NC 27707

CBIZ, Inc.
25450 Network Place
Chicago, IL 60673-1254

Citi Business Card
PO Box 9001037
Louisville, KY 40290

All Covered
Dept. 33163
PO Box 39000
San Francisco, CA 94139-3163

CenturyLink
100 Centurylink Drive
Monroe, LA 71203

Cliftonlarsonallen Wealth
Advisors, LLC
220 S. 6th Street
Suite 300
Minneapolis, MN 55402

American Express
PO Box 650448
Dallas, TX 75265

CenturyLink
PO Box 52124
Phoenix, AZ 85072

Corporation Service Company
PO Box 13397
Philadelphia, PA 19101-3397

Darryl R. Richards
Johnson Pope Bokor Ruppel &
Burns, LLP
401 East Jackson St. #3100
Tampa, FL 33602

Florida Blue
1501 North Plano Road
Suite 100
Richardson, TX 75081-2430

HSW & Associates, Inc.
3750 Gunn Highway
Suite 308
Tampa, FL 33618

Data Media Associates
PO Box 2305
Alpharetta, GA 30023

Florida Retirement Consultan
5503 West Waters Avenue
Suite 500
Tampa, FL 33634

HSW & Associates, Inc.
3750 Gunn Highway
Suite 308
Tampa, FL 33618

Data Media Associates, LLC
1295 Old Alpharetta Road
Alpharetta, GA 30005

Frontier
PO Box 740407
Cincinnati, OH 45274-0407

Hugo Montes, M.D.
18410 Tapestry Lake Circle
Apt. 101
Lutz, FL 33548

Duke Energy Headquarters
526 S. Church Street
Charlotte, NC 28202

Gilbert M. Singer, Esquire
5104 South Westshort Blvd.
Tampa, FL 33611

Internal Revenue Service
Centralized Insolvency Oper.
PO Box 7346
Philadelphia, PA 19101-7346

Duke Energy Headquarters
526 S. Church Street
Charlotte, NC 28202

Greenlee Law, PLLC
1304 S. DeSoto Avenue
Suite 203
Tampa, FL 33606

James Okoh, M.D.
9203 Pine Island Court
Tampa, FL 33647

EEI Security, Inc.
14529 N. Florida Avenue
Tampa, FL 33613

Hartford Life Insurance
PO Box 660916
Dallas, TX 75266-0916

James Okoh, M.D.
9203 Pine Island Court
Tampa, FL 33647

EEI Security, Inc.
PO Box 17849
Tampa, FL 33682

Harvey Esrov, M.D.
5921 Drexel Court
Naples, FL 34119

James Okoh, M.D.
9203 Pine Island Court
Tampa, FL 33647

Emergence
205 Park Central East
Suite 516
Springfield, MO 65806

HCA Health Svs. FL, Inc.
d/b/a Oak Hill Hospital
One Park Plaza
Nashville, TN 37203

James Okoh, M.D.
9203 Pine Island Court
Tampa, FL 33647

Fan Yun Gan, M.D.
9321 Briarcliff Trace
Port Saint Lucie, FL 34986

Hillsborough County Medical
Association
606 S. Boulevard
Tampa, FL 33606

James Okoh, M.D.
9203 Pine Island Court
Tampa, FL 33647

James Okoh, M.D.
9203 Pine Island Court
Tampa, FL 33647

NC Dept. of Labor
1101 Mail Service Ctr.
Raleigh, NC 27699

Radiation Services
9320 McIntosh Road
Dover, FL 33527-3744


JPMorgan Chase
270 Park Avenue
New York, NY 10017

NICA
FL Neurological Compensation
PO Box 14567
Tallahassee, FL 32317-4567

RamSoft
10808 Foothill Blvd. 160-427
Rancho Cucamonga, CA 91730


JPMorgan Chase
270 Park Avenue
New York, NY 10017

Nuance Communications, Inc.
3984 Pepsi Cola Drive
Melbourne, FL 32934

Salesforce.com, Inc.
The Landmark @ 1 Market St.
Suite 300
San Francisco, CA 94105


JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Nuance Communications,Inc.
PO Box 2561
Carol Stream, IL 60132-2561

Salesforce.com, Inc.
PO Box 203141
Dallas, TX 75320-3141


JPMorgan Chase Bank, N.A.
Collateral Mgmt Small Bus.
PO Box 33035
Louisville, KY 40232-9891

Pasco County Tax Collector
4135 Land O'Lakes Boulevard
Land O Lakes, FL 34639

Satish Venkataperumal, M.D.
15701 Newcastle Court
Tampa, FL 33647


Lincoln National Life Ins.
Group
PO Box 7247-0477
Philadelphia, PA 19170

Prinicpal Disability Health
711 High Street
Des Moines, IA 50392-1520

Shred-it
28883 Network Place
Chicago, IL 60673-1288


LocumTenens.com
2655 Northwinds Parkway
Alpharetta, GA 30009

Promise Hospital of Dade,Inc
Promise Hospital of Miami
14001 NW 82nd Avenue
Maimi Lakes, FL 33016

Shumaker Loop & Kendrick,LLP
101 E. Kennedy Boulevard
Suite 2800
Tampa, FL 33602


Medicus
22 Roulston Road
Windham, NH 03087

Radar Heathcare Providers
1741 Hog Mountain Road
Building 200
Watkinsville, GA 30677

Shutts & Bowen, LLP
200 South Biscayne Blvd.
Suite 4100
Miami, FL 33131


Michael Herron
1132 SE Kings Bay Drive
Crystal River, FL 34429

Radar Heathcare Providers
PO Box 1708
Watkinsville, GA 30677

Spectrum Business
PO Box 31710
Tampa, FL 33631

Spectrum Business
PO Box 31710
Tampa, FL 33631

Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94163

Zayo Group, LLC
1805 29th Street
Suite 2050
Boulder, CO 80301


Staff Care
PO Box 281923
Atlanta, GA 30384-1923

Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94163


Staff Care, Inc.
8840 Cypress Waters Blvd.
Suite 300
Coppell, TX 75019

Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94163


Sulloway & Hollis, PLLC
9 Capitol Street
Concord, NH 03301

Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94163


Technology Partners, Inc.
8757 Red Oak Bouelvard
Charlotte, NC 28217

Wells Fargo Bank, N.A.
PO Box 77053
Minneapolis, MN 55480


United States Attorney
Attn: Civil Process Clerk
400 N. Tampa Street
Suite 3200
Tampa, FL 33602

Wells Fargo Bank, N.A.
PO Box 77053
Minneapolis, MN 55480


United States Attorney
Department of Justice
950 Pennslyvania Avenue NE
Washington, DC 20530-0001

Wells Fargo Bank, N.A.
PO Box 77053
Minneapolis, MN 55480


Vanguard Cleaning Systems
12108 North 56th Street
Suite 8
Tampa, FL 33617

Wells Fargo Bank, N.A.
PO Box 77053
Minneapolis, MN 55480


vRad
11995 Singletree Lane
Suite 500
Eden Prairie, MN 55344

Zayo
PO Box 952136
Dallas, TX 75395

# United States Bankruptcy Court
## Middle District of Florida

In re  __National Radiology Consultants, P.A.__ _____

                                          Debtor(s)

Case No. _____

Chapter  __11__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __National Radiology Consultants, P.A.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__February 15, 2019__ _____

Date

__/s/ Daniel E. Etlinger__ _____

__Daniel E. Etlinger__

Signature of Attorney or Litigant

Counsel for   __National Radiology Consultants, P.A.__ _____

__David Jennis, P.A. d/b/a__

__Jennis Law__
__606 E. Madison Street__
__Tampa, FL 33602__
__813-229-2800__
__ecf@jennislaw.com__