UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

NATIONAL RADIOLOGY CONSULTANTS, P.A.,

Debtor.
_____/

Case No. 8:19-01274-CPM

Chapter 11

# DEBTOR'S NOTICE OF MATERIAL CHANGES INCORPORATED INTO AMENDED PLAN AND AMENDED DISCLOSURE STATEMENT

National Radiology Consultants, P.A. (the "Debtor"), through undersigned counsel and pursuant to Section 1127 of the Bankruptcy Code hereby files this notice of material changes from the *Plan of National Radiology Consultants, P.A.* (Doc. No. 101) to the *Amended Plan of Liquidation of National Radiology Consultants, P.A.* (Doc. No. 120) (the "Plan"); and, from the *Disclosure Statement in Connection with Plan of National Radiology Consultants, P.A.* (Doc. No. 102) and the *Amended Disclosure Statement in Connection with Amended Plan of Liquidation of National Radiology Consultants, P.A.* (Doc. No. 121) (the "Disclosure Statement").

| Plan | Disclosure Statement | Revised Language |
|---|---|---|
| 2.4 | VIII D 2 | UPON CONFIRMATION OF THE PLAN, THE AFFILIATES SHALL BE SUBSTANTIVELY CONSOLIDATED WITH THE DEBTOR. CHASE SHALL BE ENTITLED TO A PERFECTED LIEN ON THE ASSETS OF THE AFFILIATES AS WELL AS THE DEBTOR.<br>. . .<br>ANY INJUNCTION SHALL REMAIN ONLY SO LONG AS THE DEBTOR IS CURRENT WITH ITS PAYMENTS UNDER THE PLAN. SHOULD THE DEBTOR DEFAULT, THE INJUNCTION SHALL BE RELEASED AND THE CREDITORS SHALL BE ENTITLED TO SEEK ANY LEGAL REMEDIES THEY WOULD BE ENTITLED AGAINST DR. OKOH AND/OR THE AFFILIATES. THE INJUNCTION DOES NOT PROTECT DR. OKOH OR ANY OTHER PARTY FROM CHAPTER 5 CLAIMS. |
| 3 and 4 | VI | Class 1 - Dr. Okoh has agreed to subordinate his Allowed Unsecured Priority Wage Claim to Class 5.<br>. . .<br>Class 2 - Chase shall be entitled to post-petition contract interest rate and reasonable attorney's fees, not to exceed $130,000. Post confirmation, the interest rate shall be reduced to 5.25%.<br>. . .<br>Class 5 - Class 5 consists of all Allowed Unsecured Wage Claims. The Debtor's principal Dr. James Okoh ("Dr. Okoh") holds an Allowed Unsecured Wage Claim of $463,650.00 (the "Okoh Wage Claim"). Dr. Okoh has agreed to subordinate the first $20,000.00 to the Litigation Fund; and, the entire remainder of the Okoh Wage Claim to Class 5 (the "Okoh Subordination").<br>. . .<br>Class 6 – Once Class 5's pre-petition indebtedness is extinguished, Class 6 shall receive the proceeds from the Remainder until paid in full. Furthermore, litigation proceeds from prosecuting Former Officer Claims shall be used to pay Allowed Class 6 Claims after Class 5 has been paid in full should the Debtor prosecute. |

| Plan | Disclosure Statement | Revised Language |
|---|---|---|
| 5.4 | VIII C 1 | The Disbursing Agent shall file with the Court quarterly reports evidencing the collections and balance of the receivables as well as the status of any Causes of Action. |
| 6.3 | IX | The Disbursing Agent shall have the right and authority to hire independent counsel and pursue the Retained Causes of Action through the Litigation Fund; and, thereafter counsel shall pursue the claims on a contingency fee basis. |
| 7.1 | VII B | The Debtor will be deemed to have rejected all Executory Contracts or Unexpired Leases that have not been expressly assumed by the Debtor with the Bankruptcy Court's approval on or prior to the Confirmation Date, and are not the subject of a pending motion to assume on the Confirmation Date. The Plan shall constitute a motion to reject such executory contracts and unexpired leases, and the Debtor shall have no liability thereunder except as is specifically provided in the Plan. Entry of the Confirmation Order shall constitute approval of such rejections. To the extent the Debtor's contracts with Critical Vendors are considered executory contracts, the Debtor proposes to assume those contracts through the Plan. By this Article, the Debtor expressly rejects that certain Healthcare Master Agreement by and between Nuance Communications, Inc. and Debtor effective December 31, 2015 (together with all schedules, exhibits and orders thereto, including, without limitation, that certain order entered into on December 30, 2015 and executed on December 31, 2015). |
| N/A | IV D | Early in the case, the Debtor sought approval to use cash collateral, which was approved by various orders. The Debtor also sought approval to employ John Patrick ("Mr. Patrick") to assist in the collection of the receivables. The Debtor later obtained approval to expand the scope of Mr. Patrick's employment to include managing the Debtor in order to streamline the debtor's remaining operations.<br><br>The Debtor has focused its efforts on collecting its receivables and downsizing it expenses. The Debtor no longer pays Dr. Okoh for medical or managerial services and Mr. Patrick is handling the office management, so that the Debtor could further downsize in staff.<br><br>The Debtor has had discussions with several companies regarding purchasing the older (potentially uncollectible receivables), in an effort to maximize distribution to its creditors. |
| N/A | V | **(b) Exhibit "C"** provides the summary page for the Debtor's post-petition financial reports for February 2019 through May 2019 (collectively, the "Post-Petition Financial Information").<br>. . .<br>The Financial Projections assume an Effective Date in August of 2019. |

DATED this 12th day of July 2019.

/s/ Daniel E. Etlinger
David S. Jennis
Florida Bar No. 775940
Daniel E. Etlinger
Florida Bar No. 77420
**JENNIS LAW FIRM**
606 East Madison Street
Tampa, Florida 33602
Telephone: (813) 229-2800
E-mail: djennis@jennislaw.com
         detlinger@jennislaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been furnished by CM/ECF electronic service to the **United States Trustee**, 501 E. Polk St., Suite 1200, Tampa, FL 33602 and to those parties listed on the and to those parties who receive electronic notice via CM/ECF; and, by U.S. Postal Service, postage pre-paid, to all creditors and parties in interest listed on the attached **Mailing Matrix** in the ordinary course of business (Mailing Matrix attached to original Notice only), on this 12th day of July 2019.

/s/ Daniel E. Etlinger
Daniel E. Etlinger

```
Label Matrix for local noticing        Andrea P Bauman, C.P.A.                Alex Bibby
113A-8                                  Andrea P Bauman, CPA                   1815 University Dr
Case 8:19-bk-01274-CPM                  P.O. Box 5530                          Durham, NC 27707-2137
Middle District of Florida              Lakeland, FL ll 33807-5530
Tampa
Fri Jul 12 12:14:40 EDT 2019

HCA Health Services of Florida, Inc. d/b/a O   JJP Recruiting, LLC d/b/a Radar Healthcare P   JPMorgan Chase Bank, N.A.
c/o John D. Emmanuel, Esq.              Burr & Forman, LLP                     c/o Shutts & Bowen LLP
Buchanan Ingersoll & Rooney PC          201 North Franklin Street, Suite 3200  4301 W. Boy Scout Blvd., Suite 300
401 E. Jackson St., Suite 2400          Tampa, FL 33602-5872                   Tampa, FL 33607-5716
Tampa, FL 33602-5236

Craig Leis                              National Radiology Consultants, P.A.   Nuance Communications, Inc.
14045 Ballantyne Corporate Pl #325      2540 Green Forest Lane                 c/o Foley & Lardner LLP
Charlotte, NC 28277-0099                Suite 101                              100 North Tampa St
                                        Lutz, FL 33558-5388                    Suite 2700
                                                                               Tampa, FL 33602-5810

John Patrick                            RamSoft USA, Inc.                      VIRTUAL RADIOLOGIC PROFESSIONALS OF ILLINOIS
401 E. Fern Street                      c/o Iurillo Law Group, P.A.            C/O Richard J. Stone, Esq.
Tampa, FL 33604-6126                    5628 Central Ave.                      9350 S. Dixie Hwy.
                                        St. Petersburg, FL 33707-1718          Suite 1455
                                                                               Miami, FL 33156-2944

Satish Venkataperumal, M.D.             3M Health Information System           3M Health Information System
15701 Newcastle Court                   3M Corporate Headquarters              Dept. 0881
Tampa, FL 33647-1118                    3M Center                              PO Box 120881
                                        Saint Paul, MN 55144-1000              Dallas, TX 75312-0881

Adam Green M.D.                         Adel Abdalla, M.D.                     Aetna, Inc.
450 Knights Run Avenue #502             1803 Park Center Drive                 Aaron McCollough
Orlando, FL 32835                       Apt. 101                               c/o McGuireWoods LLP
                                        Orlando, FL 32835-6216                 77 West Wacker Drive, Suite 4100
                                                                               Chicago, IL 60601-1818

Alex Bibbey, M.D.                       All Covered                            American Express
1815 University Drive                   Dept. 33163                            PO Box 650448
Durham, NC 27707-2137                   PO Box 39000                           Dallas, TX 75265-0448
                                        San Francisco, CA 94139-3163

American Express Company                American Express National Bank         Aqua Chill
c/o CT Corporation System, R            c/o Becket and Lee LLP                 1320 S. Priest Drive
1200 South Pine Island Road             PO Box 3001                            Suite 106
Fort Lauderdale, FL 33324-4413          Malvern  PA 19355-0701                 Tempe, AZ 85281-6959

Aqua Chill                              BMW Card Services                      Bayshore Solutions
PO Box 24741                            PO Box 660545                          600 N. Westshore Boulevard
Tempe, AZ 85285-4741                    Dallas, TX 75266-0545                  Suite 700
                                                                               Tampa, FL 33609-1132

Blue Cross Blue Shield of               CBIZ, Inc.                             CenturyLink
Florida, Inc.                           25450 Network Place                    100 Centurylink Drive
4800 Deerwood Campus Parkway            Chicago, IL 60673-1254                 Monroe, LA 71203-2041
Jacksonville, FL 32246-6498
```

| | | |
|---|---|---|
| CenturyLink<br>PO Box 52124<br>Phoenix, AZ 85072-2124 | CenturyLink Business Service<br>PO Box 52187<br>Phoenix, AZ 85072-2187 | CenturyLink Communications, LLC<br>Bankruptcy<br>1025 El Dorado Blvd<br>Broomfield, CO 80021-8254 |
| Change Healthcare<br>PO Box 572490<br>Salt Lake City, UT 84157-2490 | Change Heathcare<br>3055 Lebanon Pike<br>Nashville, TN 37214-2230 | Chase Ink<br>PO Box 1423<br>Charlotte, NC 28201-1423 |
| Cintas<br>PO Box 630910<br>Cincinnati, OH 45263-0910 | Citi Business Card<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0432 | Citi Business Card<br>PO Box 9001037<br>Louisville, KY 40290-1037 |
| Cliftonlarsonallen Wealth<br>Advisors, LLC<br>220 S. 6th Street<br>Suite 300<br>Minneapolis, MN 55402-1418 | Corporation Service Company<br>PO Box 13397<br>Philadelphia, PA 19101-3397 | Darryl R. Richards<br>Johnson Pope Bokor Ruppel &<br>Burns, LLP<br>401 East Jackson St. #3100<br>Tampa, FL 33602-5228 |
| Data Media Associates<br>PO Box 2305<br>Alpharetta, GA 30023-2305 | Data Media Associates, LLC<br>1295 Old Alpharetta Road<br>Alpharetta, GA 30005-1807 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 |
| Duke Energy Headquarters<br>526 S. Church Street<br>Charlotte, NC 28202-1802 | EEI Security, Inc.<br>14529 N. Florida Avenue<br>Tampa, FL 33613-2134 | EEI Security, Inc.<br>PO Box 17849<br>Tampa, FL 33682-7849 |
| Emergence<br>205 Park Central East<br>Suite 516<br>Springfield, MO 65806-1334 | Fan Yun Gan, M.D.<br>9321 Briarcliff Trace<br>Port Saint Lucie, FL 34986-3353 | Florida Blue<br>1501 North Plano Road<br>Suite 100<br>Richardson, TX 75081-2493 |
| Florida Retirement Consultan<br>5503 West Waters Avenue<br>Suite 500<br>Tampa, FL 33634-1232 | Frontier<br>PO Box 740407<br>Cincinnati, OH 45274-0407 | Gilbert M. Singer, Esquire<br>5104 South Westshort Blvd.<br>Tampa, FL 33611-5650 |
| Greenlee Law, PLLC<br>1304 S. DeSoto Avenue<br>Suite 203<br>Tampa, FL 33606 | HCA Health Services of Florida, Inc.<br>d/b/a Oak Hill Hospital<br>Megan W. Murray, Esq.<br>Buchanan Ingersoll & Rooney PC<br>401 E. Jackson St., Suite 2400<br>Tampa, FL 33602-5236 | HCA Health Svs. FL, Inc.<br>d/b/a Oak Hill Hospital<br>One Park Plaza<br>Nashville, TN 37203-6527 |
| HSW & Associates, Inc.<br>3750 Gunn Highway<br>Suite 308<br>Tampa, FL 33618-8915 | Hartford Life Insurance<br>PO Box 660916<br>Dallas, TX 75266-0916 | Harvey Esrov, M.D.<br>5921 Drexel Court<br>Naples, FL 34119-8464 |

| | | |
|---|---|---|
| Hillsborough County Medical Association<br>606 S. Boulevard<br>Tampa, FL 33606-2630 | Hugo Montes, M.D.<br>18410 Tapestry Lake Circle<br>Apt. 101<br>Lutz, FL 33548-4614 | Internal Revenue Service<br>Centralized Insolvency Oper.<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JJP RECRUITING, LLC d/b/a RADAR HEALTHCARE P<br>c/o Ronald B. Cohn, Esq.<br>Burr & Forman LLP<br>201 North Franklin Street, Suite 3200<br>Tampa, Florida 33602-5872 | JJP Recruiting, LLC d/b/a Radar Healthcare P<br>c/o Ronald B. Cohn, Esquire<br>201 North Franklin Street, Suite 3200<br>Tampa, Florida 33602-5872 |
| JPMorgan Chase<br>270 Park Avenue<br>New York, NY 10017-2014 | JPMorgan Chase Bank, N.A.<br>270 Park Avenue<br>New York, NY 10017-2014 | JPMorgan Chase Bank, N.A.<br>Collateral Mgmt Small Bus.<br>PO Box 33035<br>Louisville, KY 40232-3035 |
| JPMorgan Chase Bank, N.A.<br>c/o  Ryan C Reinert, Esq.<br>Shutts & Bowen LLP<br>4301 W. Boy Scout Blvd., Suite 300<br>Tampa, FL 33607-5716 | JPMorgan Chase Bank, N.A.<br>c/o Edward J. O'Sheehan, Esq.<br>Shutts & Bowen LLP<br>200 E. Broward Boulevard, Suite 2100<br>Fort Lauderdale, FL 33301-1972 | James Okoh, M.D.<br>9203 Pine Island Court<br>Tampa, FL 33647-2301 |
| LOCUMTENENS.COM, LLC<br>c/o Marcadis Singer, P.A.<br>5104 South Westshore Blvd.<br>Tampa, FL 33611-5650 | Lincoln National Life Ins. Group<br>PO Box 7247-0477<br>Philadelphia, PA 19170-0001 | LocumTenens.com<br>2655 Northwinds Parkway<br>Alpharetta, GA 30009-2280 |
| Medicus<br>22 Roulston Road<br>Windham, NH 03087-1209 | Michael Herron<br>1132 SE Kings Bay Drive<br>Crystal River, FL 34429-4645 | NC Dept. of Labor<br>1101 Mail Service Ctr.<br>Raleigh, NC 27699-1100 |
| NICA<br>FL Neurological Compensation<br>PO Box 14567<br>Tallahassee, FL 32317-4567 | (p)NUANCE COMMUNICATIONS INC<br>ONE WAYSIDE ROAD<br>BURLINGTON MA 01803-4609 | Nuance Communications, Inc.<br>c/o Mark J. Wolfson, Esq.<br>Foley & Lardner LLP<br>100 North Tampa Street<br>Suite 2700<br>Tampa, FL 33602-5810 |
| Nuance Communications, Inc.<br>c/o Tiffany Strelow Cobb<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, OH 43215-3161 | Nuance Communications,Inc.<br>PO Box 2561<br>Carol Stream, IL 60132-2561 | Pasco County Tax Collector<br>4135 Land O'Lakes Boulevard<br>Land O Lakes, FL 34639-4425 |
| (p)PASCO COUNTY TAX COLLECTOR<br>PO BOX 276<br>DADE CITY FL 33526-0276 | Prinicpal Disability Health<br>711 High Street<br>Des Moines, IA 50392-1520 | Promise Hospital of Dade,Inc<br>Promise Hospital of Miami<br>14001 NW 82nd Avenue<br>Maimi Lakes, FL 33016-1561 |
| Radar Heathcare Providers<br>1741 Hog Mountain Road<br>Building 200<br>Watkinsville, GA 30677-1947 | Radar Heathcare Providers<br>PO Box 1708<br>Watkinsville, GA 30677-0034 | Radiation Services<br>9320 McIntosh Road<br>Dover, FL 33527-3712 |

| | | |
|---|---|---|
| RamSoft<br>10808 Foothill Blvd. 160-427<br>Rancho Cucamonga, CA 91730-3889 | Salesforce.com, Inc.<br>PO Box 203141<br>Dallas, TX 75320-3141 | Salesforce.com, Inc.<br>The Landmark @ 1 Market St.<br>Suite 300<br>San Francisco, CA 94105 |
| Satish Venkataperumal, M.D.<br>c/o Angelina E. Lim, Esq.<br>401 E. Jackson Street, Suite 3100<br>Tampa, Florida 33602-5228 | Satish Venkataperumal, M.D.<br>c/o Angelina E. Lim, Esq.<br>Johnson Pope<br>401 E. Jackson St., Suite 3100<br>Tampa, FL 33602-5228 | Shred-it<br>28883 Network Place<br>Chicago, IL 60673-1288 |
| Shumaker Loop & Kendrick,LLP<br>101 E. Kennedy Boulevard<br>Suite 2800<br>Tampa, FL 33602-5153 | Shutts & Bowen, LLP<br>200 South Biscayne Blvd.<br>Suite 4100<br>Miami, FL 33131-2362 | Spectrum Business<br>PO Box 31710<br>Tampa, FL 33631-3710 |
| Staff Care<br>PO Box 281923<br>Atlanta, GA 30384-1923 | Staff Care, Inc.<br>8840 Cypress Waters Blvd.<br>Suite 300<br>Coppell, TX 75019-4630 | Sulloway & Hollis, PLLC<br>9 Capitol Street<br>Concord, NH 03301-6310 |
| Technology Partners, Inc.<br>8757 Red Oak Bouelvard<br>Charlotte, NC 28217-3982 | United States Attorney<br>Attn: Civil Process Clerk<br>400 N. Tampa Street<br>Suite 3200<br>Tampa, FL 33602-4774 | United States Attorney<br>Department of Justice<br>950 Pennslyvania Avenue NE<br>Washington, DC 20530-0001 |
| UnitedHealthcare Insurance Company<br>ATTN: CDM/Bankruptcy<br>185 Asylum Street - 03B<br>Hartford, CT 06103-3408 | Vanguard Cleaning Systems<br>12108 North 56th Street<br>Suite 8<br>Tampa, FL 33617-1662 | Virtual Radiologic Professionals<br>of Illinois, S.C.<br>c/o Richard J. Stone, Esq.<br>9350 S. Dixie Hwy., Suite 1455<br>Miami, FL 33156-2944 |
| Wells Fargo Bank, N.A.<br>420 Montgomery Street<br>San Francisco, CA 94163-0001 | Wells Fargo Bank, N.A.<br>PO Box 77053<br>Minneapolis, MN 55480-7753 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>Phoenix AZ 85038-9482 |
| Zayo<br>PO Box 952136<br>Dallas, TX 75395-2136 | Zayo Group, LLC<br>1805 29th Street<br>Suite 2050<br>Boulder, CO 80301-1067 | Zayo Group, LLC<br>1821 30th Street, Unit A<br>Boulder, CO 80301-1075 |
| vRad<br>11995 Singletree Lane<br>Suite 500<br>Eden Prairie, MN 55344-5349 | Ronald B Cohn +<br>Burr & Forman LLP<br>201 North Franklin Street<br>Suite 3200<br>Tampa, FL 33602-5872 | John D Emmanuel +<br>Buchanan Ingersoll & Rooney P.C.<br>401 East Jackson Street, Suite 2400<br>Tampa, FL 33602-5236 |
| Mark J. Wolfson +<br>Foley & Lardner<br>100 North Tampa Street, Suite 2700<br>PO Box 3391<br>Tampa, FL 33601-3391 | United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Richard J Stone +<br>Richard J. Stone, P.A.<br>9350 South Dixie Highway, Suite 1455<br>Miami, FL 33156-2944 |

| | | |
|---|---|---|
| Kelley M Petry +<br>Kelley M. Petry, P.A.<br>P.O. Box 7866<br>Tampa, FL 33673-7866 | Camille J Iurillo +<br>Iurillow Law Group, P.A.<br>5628 Central Avenue<br>St. Petersburg, FL 33707-1718 | Angelina E Lim +<br>Johnson Pope Bokor Ruppel & Burns LLP<br>401 East Jackson Street, Suite 3100<br>Tampa, FL 33602-5228 |
| Edward J. O'Sheehan +<br>Shutts & Bowen LLP<br>200 East Broward, Ste 2100<br>Fort Lauderdale, FL 33301-1972 | Ryan C Reinert +<br>Shutts & Bowen LLP<br>4301 W Boy Scout Blvd, Ste 300<br>Tampa, FL 33607-5716 | Megan Wilson Murray +<br>Buchanan Ingersoll & Rooney<br>401 East Jackson Street, Suite 2400<br>Tampa, FL 33602-5236 |
| David S Jennis +<br>Jennis Law Firm<br>606 East Madison Street<br>Tampa, FL 33602-4029 | Nathan A Wheatley +<br>Office of the U.S. Trustee<br>501 E. Polk St., Suite1200<br>Tampa, FL 33602-3945 | Daniel E Etlinger +<br>Jennis Law Firm<br>606 East Madison Street<br>Tampa, FL 33602-4029 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Nuance Communications, Inc.<br>3984 Pepsi Cola Drive<br>Melbourne, FL 32934 | Pasco County Tax Collector<br>PO Box 276<br>Dade City, FL 33526 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Catherine Peek McEwen<br>Tampa | (d)RamSoft USA, Inc.<br>c/o Iurillo Law Group, P.A.<br>5628 Central Ave.<br>St. Petersburg, FL 33707-1718 | (d)Satish Venkataperumal, M.D.<br>15701 Newcastle Court<br>Tampa, FL 33647-1118 |

End of Label Matrix
Mailable recipients   129
Bypassed recipients     3
Total                 132