# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA   DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER: 8:19-BK-01274 |
| NATIONAL RADIOLOGY CONSULTANTS, P.A. | } | |
| | } | |
| | } | JUDGE  CPM |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

### DEBTOR'S  POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD

FROM    1-Apr    2021    TO    30-Jun    2021

   Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:    20-Jul-21

/s/ Richard M. Dauval
Ch. 5 Examiner

Debtor's Address
and Phone Number:
_____
_____
_____

Tel. _____

Attorney's Address
and Phone Number:
3900 1st Street North
Saint Petersburg, FL 33703

_____
Bar No. 0664081
Tel. 727-362-9003

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:    http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -**                         **ATTACHMENT NO. 1**
**POST CONFIRMATION**

| QUESTIONNAIRE | | |
|---|---|---|
| | **YES*** | **NO** |
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | x |
| 2. Are any post-confirmation sales or payroll taxes past due? | | x |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | x |
| 4. Is the Debtor current on all post-confirmation plan payments? | | |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | |
|---|---|---|
| | **YES** | **NO*** |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | x |
| 2. Are all premium payments current? | | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Okoh Chapter 11 Plan was confirmed and he has paid his settlement amount.

The estate is actively prosecuting the its claim against Virtual Radiologic Professionals

**Estimated Date of Filing the Application for Final Decree:** _____

    I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This <u>20th</u> day of July 2021.                         /s/ Richard M. Dauval
                                                                                             Examiner's Signature

**MONTHLY OPERATING REPORT -**                               **ATTACHMENT NO. 2**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | National Radiology Consultants, P.A. |
| Case Number: | 8:19-bk-01274-CPM |
| Date of Plan Confirmation: | 11/12/2019 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | | Quarterly | Post Confirmation Total |
|---|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | | $ 22,111.50 | $ |
| | | | | |
| 2. | **INCOME or RECEIPTS during the Period** | | $ 0 | $ 38,057.08 |
| | | | | |
| 3. | **DISBURSEMENTS** | | | |
| | a. | **Operating Expenses (Fees/Taxes):** | | |
| | | (i) U.S. Trustee Quarterly Fees | $ | $ 1950 |
| | | (ii) Federal Taxes | | |
| | | (iii) State Taxes | | 204 |
| | | (iv) Other Taxes | | |
| | | | | |
| | b. | **All Other Operating Expenses:** | $ | $ |
| | | | | |
| | c. | **Plan Payments:** | | |
| | | (i) Administrative Claims | $ | $ |
| | | (ii) Class One | | |
| | | (iii) Class Two | | |
| | | (iv) Class Three | | |
| | | (v) Class Four | | |
| | | (Attach additional pages as needed) | | |
| | | | | |
| | **Total Disbursements (Operating & Plan)** | | $ | $ 2154 |
| | | | | |
| 1. | **CASH (End of Period)** | | $ 22,111.50 | $ |

**MONTHLY OPERATING REPORT -**                                                                 **ATTACHMENT NO. 3**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | Axos Bank | | | |
| **Account Number:** | xx1401 | | | |
| **Purpose of Account (Operating/Payroll/Tax)** | Operating | | | |
| **Type of Account (e.g. checking)** | Checking | | | |
| | | | | |
| 1. **Balance per Bank Statement** | 22,111.50 | | | |
| 2. **ADD**: Deposits not credited | | | | |
| 3. **SUBTRACT**: Outstanding Checks | | | | |
| 4. Other Reconciling Items | | | | |
| 5. **Month End Balance** (Must Agree with Books) | 22,111.50 | | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>**Bank / Account Name / Number** | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.



| | |
|---|---|
| **Statement Period** | **Account #** |
| 04/01/2021 thru 05/02/2021 | 7525010001401 |
| **Days In Statement Period** | |
| 32 | |

P.O. Box 911039
San Diego, CA 92191
844-889-0896

NATIONAL RADIOLOGY CONSULTANTS, DEBTOR
RICHARD M. DAUVAL, EXAMINER
CASE # 19-01274
3900 FIRST ST. NORTH STE #100
ST PETERSBURG FL 33703

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---:|---:|---:|---:|
| Trustee Checking | $22,111.50 | $0.00 | $0.00 | $22,111.50 |
| DEPOSIT TOTALS | $22,111.50 | $0.00 | $0.00 | $22,111.50 |

### Trustee Checking - 7525010001401

| | |
|---|---:|
| Beginning Balance | $22,111.50 |
| Ending Balance | $22,111.50 |

### Interest Earned

| | | | |
|---|---:|---|---:|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $22,111.50 | Average Daily Collected | $22,111.50 |

### Fees

| | |
|---|---:|
| Maintenance Fee | $0.00 |
| Service Charge | $0.00 |

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-844-889-0896 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

# IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

# For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
# CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

## What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

# REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

# CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER

| Date 7/20/2021 | | Bank Reconciliation | | | | Page 1 of 1 |
|---|---|---|---|---|---|---|
| **Trustee Name** | RICHARD M. DAUVAL, CH5 EXAMINER | | **For Period Ending** | 4/30/2021 | | |
| **Case Number** | 19-01274 | | **Bank Name** | Axos Bank | | |
| **Case Name** | NATIONAL RADIOLOGY CONSULTANTS, P.A. | | **Account Type** | Checking | | |
| **Account** | 7525010001401 - Checking | | | | | |

| Date | Check/Deposit # | Description | Credits | Debits | Posted | Ledger Balance |
|---|---|---|---|---|---|---|
| 12/19/2019 | 101 | National Radiology Consultants, PA | $10,000.00 | | x | $10,000.00 |
| 6/30/2020 | 102 | Jennis Law Firm | $2,365.73 | | x | $12,365.73 |
| 8/7/2020 | 101 | U.S. Trustees | | $1,950.00 | x | $10,415.73 |
| 8/20/2020 | 103 | Barnes Trial Group | $184.00 | | x | $10,599.73 |
| 8/20/2020 | 104 | State of Illinois | $142.56 | | x | $10,742.29 |
| 11/4/2020 | 105 | OAC | $465.88 | | x | $11,208.17 |
| 11/4/2020 | 106 | OAC | $1,107.33 | | x | $12,315.50 |
| 1/8/2021 | 102 | Florida U.C. Fund | | $204.00 | x | $12,111.50 |
| 2/25/2021 | 107 | Feher Law, PLLC | $10,000.00 | | x | $22,111.50 |

| | | | | |
|---|---|---|---|---|
| Cleared Deposits | $24,265.50 | Outstanding Deposits | $0.00 | |
| Cleared Disbursements | $2,154.00 | Outstanding Disbursements | $0.00 | |
| | $22,111.50 | | $0.00 | |
| TCMS Ledger Balance | $22,111.50 | | | |
| Outstanding Deposits | $0.00 | | | |
| Outstanding Disbursements | $0.00 | | | |
| TCMS Adjusted Balance | $22,111.50 | Bank Balance as of 4/30/2021 | $22,111.50 | |



| | Statement Period |  | Account # |
|---|---|---|---|
| | 05/03/2021 thru 05/31/2021 | | 7525010001401 |
| | Days In Statement Period | | |
| | 29 | | |

P.O. Box 911039
San Diego, CA 92191
844-889-0896

NATIONAL RADIOLOGY CONSULTANTS, DEBTOR
RICHARD M. DAUVAL, EXAMINER
CASE # 19-01274
3900 FIRST ST. NORTH STE #100
ST PETERSBURG FL 33703

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $22,111.50 | $0.00 | $0.00 | $22,111.50 |
| DEPOSIT TOTALS | $22,111.50 | $0.00 | $0.00 | $22,111.50 |

### Trustee Checking - 7525010001401

| | |
|---|---|
| Beginning Balance | $22,111.50 |
| Ending Balance | $22,111.50 |

### Interest Earned

| | | | | |
|---|---|---|---|---|
| Interest Earned this Month | $0.00 | | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $22,111.50 | | Average Daily Collected | $22,111.50 |

### Fees

| | | | | |
|---|---|---|---|---|
| | | | Maintenance Fee | $0.00 |
| | | | Service Charge | $0.00 |

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-844-889-0896 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC  EQUAL HOUSING LENDER

Date 7/20/2021 | Bank Reconciliation | Page 1 of 1

| | | | | | | |
|---|---|---|---|---|---|---|
| Trustee Name | RICHARD M. DAUVAL, CH5 EXAMINER | | | For Period Ending | 5/31/2021 | |
| Case Number | 19-01274 | | | Bank Name | Axos Bank | |
| Case Name | NATIONAL RADIOLOGY CONSULTANTS, P.A. | | | Account Type | Checking | |
| Account | 7525010001401 - Checking | | | | | |

| Date | Check/Deposit # | Description | Credits | Debits | Posted | Ledger Balance |
|---|---|---|---|---|---|---|
| 12/19/2019 | 101 | National Radiology Consultants, PA | $10,000.00 | | x | $10,000.00 |
| 6/30/2020 | 102 | Jennis Law Firm | $2,365.73 | | x | $12,365.73 |
| 8/7/2020 | 101 | U.S. Trustees | | $1,950.00 | x | $10,415.73 |
| 8/20/2020 | 103 | Barnes Trial Group | $184.00 | | x | $10,599.73 |
| 8/20/2020 | 104 | State of Illinois | $142.56 | | x | $10,742.29 |
| 11/4/2020 | 105 | OAC | $465.88 | | x | $11,208.17 |
| 11/4/2020 | 106 | OAC | $1,107.33 | | x | $12,315.50 |
| 1/8/2021 | 102 | Florida U.C. Fund | | $204.00 | x | $12,111.50 |
| 2/25/2021 | 107 | Feher Law, PLLC | $10,000.00 | | x | $22,111.50 |

| | | | | |
|---|---|---|---|---|
| Cleared Deposits | $24,265.50 | Outstanding Deposits | $0.00 | |
| Cleared Disbursements | $2,154.00 | Outstanding Disbursements | $0.00 | |
| | $22,111.50 | | $0.00 | |
| TCMS Ledger Balance | $22,111.50 | | | |
| Outstanding Deposits | $0.00 | | | |
| Outstanding Disbursements | $0.00 | | | |
| TCMS Adjusted Balance | $22,111.50 | Bank Balance as of 5/31/2021 | $22,111.50 | |



| | Statement Period |  | Account # |
|---|---|---|---|
| | 06/01/2021 thru 06/30/2021 | | 7525010001401 |
| | **Days In Statement Period** | | |
| | 30 | | |

P.O. Box 911039
San Diego, CA 92191
844-889-0896

NATIONAL RADIOLOGY CONSULTANTS, DEBTOR
RICHARD M. DAUVAL, EXAMINER
CASE # 19-01274
3900 FIRST ST. NORTH STE #100
ST PETERSBURG FL 33703

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---:|---:|---:|---:|
| Trustee Checking | $22,111.50 | $0.00 | $0.00 | $22,111.50 |
| DEPOSIT TOTALS | $22,111.50 | $0.00 | $0.00 | $22,111.50 |

### Trustee Checking - 7525010001401

| | |
|---|---:|
| Beginning Balance | $22,111.50 |
| Ending Balance | $22,111.50 |

### Interest Earned

| | | | |
|---:|---:|---:|---:|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $22,111.50 | Average Daily Collected | $22,111.50 |

### Fees

| | | | |
|---:|---:|---:|---:|
| | | Maintenance Fee | $0.00 |
| | | Service Charge | $0.00 |

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-844-889-0896 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC   EQUAL HOUSING LENDER

# Bank Reconciliation

Date 7/20/2021 | | | | | | Page 1 of 1

| | | | | | |
|---|---|---|---|---|---|
| Trustee Name | RICHARD M. DAUVAL, CH5 EXAMINER | | For Period Ending | 6/30/2021 | |
| Case Number | 19-01274 | | Bank Name | Axos Bank | |
| Case Name | NATIONAL RADIOLOGY CONSULTANTS, P.A. | | Account Type | Checking | |
| Account | 7525010001401 - Checking | | | | |

| Date | Check/Deposit # | Description | Credits | Debits | Posted | Ledger Balance |
|---|---|---|---|---|---|---|
| 12/19/2019 | 101 | National Radiology Consultants, PA | $10,000.00 | | x | $10,000.00 |
| 6/30/2020 | 102 | Jennis Law Firm | $2,365.73 | | x | $12,365.73 |
| 8/7/2020 | 101 | U.S. Trustees | | $1,950.00 | x | $10,415.73 |
| 8/20/2020 | 103 | Barnes Trial Group | $184.00 | | x | $10,599.73 |
| 8/20/2020 | 104 | State of Illinois | $142.56 | | x | $10,742.29 |
| 11/4/2020 | 105 | OAC | $465.88 | | x | $11,208.17 |
| 11/4/2020 | 106 | OAC | $1,107.33 | | x | $12,315.50 |
| 1/8/2021 | 102 | Florida U.C. Fund | | $204.00 | x | $12,111.50 |
| 2/25/2021 | 107 | Feher Law, PLLC | $10,000.00 | | x | $22,111.50 |

| | | | | |
|---|---|---|---|---|
| Cleared Deposits | $24,265.50 | Outstanding Deposits | $0.00 | |
| Cleared Disbursements | $2,154.00 | Outstanding Disbursements | $0.00 | |
| | $22,111.50 | | $0.00 | |
| TCMS Ledger Balance | $22,111.50 | | | |
| Outstanding Deposits | $0.00 | | | |
| Outstanding Disbursements | $0.00 | | | |
| TCMS Adjusted Balance | $22,111.50 | Bank Balance as of 6/30/2021 | $22,111.50 | |

**MONTHLY OPERATING REPORT -**                          **ATTACHMENT NO. 4**
**POST CONFIRMATION**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Axos Bank |
|---|---|
| Account Number | xx1401 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 101 | 8/7/2020 | U.S. Trustees | Quarterly Fees | 1,950.00 |
| 102 | 1/8/2021 | Florida U.C. Fund | Reemployment Tax Assessment | 204 |
| | | | TOTAL | $2,154.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.